**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
JACQUELINE L. SUGARMAN, Nevada State Bar No. 11229
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@luch.com
      nring@luch.com
      jsugarman@luch.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUNBELTS OF NEVADA, LLC, a Nevada limited liability company; CHARLENE UDALL, an individual; CHRISTOPHER UDALL, an individual; TRISHA UDALL, an individual; and RYAN UDALL, an individual,<br><br>    Defendants. | CASE NO.: 2:12-cv-01189-APG-PAL<br><br>**JUDGMENT** |

  Pursuant to the Court's grant of default judgment to the Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING

ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, against all Defendants, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Plaintiffs shall recover from Defendants, SUNBELTS OF NEVADA, LLC, a Nevada limited liability company; CHARLENE UDALL, an individual; CHRISTOPHER UDALL, an individual; TRISHA UDALL, an individual; and RYAN UDALL, an individual, jointly and severally the following amounts:

| | |
|---|---|
| Contributions (August 2010 through September 2012): | $ 5,607.61 |
| Liquidated Damages (August 2010 through September 2012): | $ 560.76 |
| Pre-Judgment Interest calculated through April 16, 2013: | $ 395.69 |
| Audit Assessment Fees: | $ 125.00 |
| Attorneys Fees | $ 6,857.00 |
| Costs | $ 728.95 |
| Total: | $14,275.01 |

2. Plaintiffs shall also be entitled to recover post-judgment interest from the Defendants at the highest rate permitted by statute until such time as the judgment is paid in full.

DATED: June 14, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
LAQUER, URBAN, CLIFFORD & HODGE, LLP
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
*Counsel for Plaintiffs*

2